IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRENDA F. JUSTICE,
Plaintiff,

v.

JOHNSON & JOHNSON, INC.,
JOHNSON & JOHNSON SERVICES, INC.,
JOHNSON & JOHNSON
INTERNATIONAL,
ETHICON INC.,
ETHICON WOMEN'S HEALTH &
UROLOGY,
GYNECARE,
ETHICON, LLC, and
JOHNSON & JOHNSON,
Defendants.

Case No. 19–CV–01197–JPG

## JUDGMENT

This matter having come before the Court, the parties having reached an arms-length settlement, and the funds having been distributed,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendants **JOHNSON & JOHNSON, INC.**, **JOHNSON & JOHNSON SERVICES, INC.**, **JOHNSON & JOHNSON INTERNATIONAL**, **ETHICON INC.**, **ETHICON WOMEN'S HEALTH & UROLOGY**, **GYNECARE**, **ETHICON, LLC**, and **JOHNSON & JOHNSON** are **DISMISSED WITH PREJUDICE**.

**Dated: March 6, 2020**       **MARGARET M. ROBERTIE**
    **CLERK OF COURT**

    **s/Tina Gray, Deputy Clerk**

**Approved by s/J. Phil Gilbert**
    **J. PHIL GILBERT**
    **UNITED STATES DISTRICT JUDGE**